THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH AND NEW YORK RAILROAD COMPANY, Appellant, *v.* WILLIAM SOHMER, Comptroller of the State of New York, Respondent.

(Submitted April 17, 1916; decided April 25, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 443.)